**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONALD JOHNSON,

                Petitioner,

-vs-                                      Case No.  6:05-cv-300-Orl-31KRS
                                        (Criminal Case No.:  6:02-cr-88-Orl-31KRS)

UNITED STATES OF AMERICA,

                Respondent.
_____

## ORDER

This case is before the Court on the following motions:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 15)** |
| **FILED:** | **January 24, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).  Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $255.00 appellate filing fee.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 14)** |
| **FILED:** | **January 23, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 25th day of January, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/25
Counsel of Record
Donald Johnson